**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WILLIAM H. PUGH**                                                                                   **PLAINTIFF**

**v.**                                       Case No. 3:05CV00206 GTE

**L.A. DARLING COMPANY**                                                                **DEFENDANT**

## ORDER

Thomas S. Bradley of Laner Muchin Dombrow Becker Levin and Tominberg, Ltd. moves for admission to the bar of this Court *pro hac vice*. Upon consideration of this motion, the Court finds that it should be and hereby is granted.

IT IS SO ORDERED this 2nd day of December, 2005.

/s/Garnett Thomas Eisele
United States District Judge