# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**WILLIAM H. PUGH**

**vs.**                              **NO. 3:05CV00206 GTE**

**L. A. DARLING COMPANY**

### ORDER OF DISMISSAL

Pending before the Court is the Stipulation to Dismiss of the parties stating that this case has been fully compromised and settled by the Plaintiff and the Defendant.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case be, and it is hereby, dismissed with prejudice.

SO ORDERED this 16th day of May, 2006.

                    __/s/Garnett Thomas Eisele_____
                    UNITED STATES DISTRICT JUDGE